*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Russell Kauffman  )  Case No. 24–13538–amc
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 10/15/24
Plan Due 10/15/24
Schedules A Due 10/15/24
Schedules B Due 10/15/24
Schedules C Due 10/15/24
Schedules D Due 10/15/24
Schedules E Due 10/15/24
Schedules F Due 10/15/24
Schedules G Due 10/15/24
Schedules H Due 10/15/24
Schedules I Due 10/15/24
Schedules J Due 10/15/24
Statement of Current Monthly Income (122C–1) Due 10/15/24
Statement of Financial Affairs Due 10/15/24
Summary of Assets and Liabilities Due 10/15/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 2, 2024                    By the Court

                                                            Ashely M. Chan
                                                            Chief Judge, United States Bankruptcy Court