**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Russell Kauffman            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-13538 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
04 Oct 2024, 15:29:13, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322