# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Russell Kauffman** <br>        **Debtor(s)** | **CHAPTER 13** |
| **Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2** <br>        **Movant** | **NO.** 24-13538 AMC |
|     vs. | |
| **Russell Kauffman** <br>        **Respondent(s)** | |
| **Kenneth E. West** <br>        **Trustee** | |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, it is **Ordered** and **Decreed** that confirmation is **denied**.

                     _____
                     Bankruptcy Judge