# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Russell Kauffman**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2**<br>　　　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Russell Kauffman**<br>　　　　　　　　　　**Respondent(s)** | CHAPTER 13<br>BK. NO. 24-13538 AMC |

### CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **October 25, 2024**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik2 Esq.  (via ECF)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Russell Kauffman
12120 Sweet Briar Rd
Philadelphia, PA 19154


Date: October 25, 2024

　　　　　　　　　　　　　　　　　　By: /s/ Denise Carlon
　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com