72A 028799 014014 UST1 T1 0000330034 1

# Earnings Statement



TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

Period Beginning: 08/01/2024
Period Ending: 08/15/2024
Pay Date: 08/15/2024

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax

**RUSSELL E KAUFFMAN**
**12120 SWEET BRIAR RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4265.41 | 86.67 | 4,265.41 | 63,274.35 |
| Aip | | | | 5,579.59 |
| Firebg | | | | 472.72 |
| Rec Award | | | | 841.40 |
| **Gross Pay** | | | **$4,265.41** | 70,168.06 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -550.83 | 9,557.75 |
| | Social Security Tax | -252.98 | 4,177.81 |
| | Medicare Tax | -59.17 | 977.07 |
| | PA State Income Tax | -124.24 | 2,053.51 |
| | Philadelphia Income Tax | -161.20 | 2,694.75 |
| | PA SUI Tax | -2.99 | 49.12 |
| | **Other** | | |
| | Dental Pre-tax | -11.50* | 172.50 |
| | HSA Pre-tax | -41.67* | 625.05 |
| | MEDICAL | -158.50* | 2,377.50 |
| | Spousal Life | -4.09 | |
| | Support | -566.99 | 8,504.85 |
| | VISION PRE-TAX | -6.83* | 102.45 |
| | 401K Pre-tax | -255.92* | 4,131.22 |
| | **Net Pay** | **$2,068.50** | |
| | Checking | -2,068.50 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,824.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 33.33 | 493.47 |

## Important Notes

(212) 708-7173

BASIS OF PAY: SALARY


© 2000 ADP Inc



TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

**Advice number:** **00000330034**
Pay date: 08/15/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL E KAUFFMAN | xxxxxx6666 | xxxx xxxx | $2,068.50 |

THIS IS NOT A CHECK


**NON-NEGOTIABLE**

CO. 72A FILE 028799 DEPT. 014014 CLOCK UST1 T1 VCHR. NO. 0000350032 1

# Earnings Statement



*TASTEPOINT INC*
*600 STATE HIGHWAY 36*
*HAZLET NJ 07730*

Period Beginning: 08/16/2024
Period Ending: 08/31/2024
Pay Date: 08/30/2024

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax

**RUSSELL E KAUFFMAN**
**12120 SWEET BRIAR RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4265.41 | 86.67 | 4,265.41 | 67,539.76 |
| Aip | | | | 5,579.59 |
| Firebg | | | | 472.72 |
| Rec Award | | | | 841.40 |
| **Gross Pay** | | | **$4,265.41** | 74,433.47 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -550 .83 | 10,108.58 |
| | Social Security Tax | -252 .97 | 4,430.78 |
| | Medicare Tax | -59 .16 | 1,036.23 |
| | PA State Income Tax | -124 .24 | 2,177.75 |
| | Philadelphia Income Tax | -161 .20 | 2,855.95 |
| | PA SUI Tax | -2 .98 | 52.10 |
| | **Other** | | |
| | Dental Pre-tax | -11 .50* | 184.00 |
| | HSA Pre-tax | -41 .67* | 666.72 |
| | MEDICAL | -158 .50* | 2,536.00 |
| | Spousal Life | -4 .09 | |
| | Support | -566 .99 | 9,071.84 |
| | VISION PRE-TAX | -6 .83* | 109.28 |
| | 401K Pre-tax | -255 .92* | 4,387.14 |
| | **Net Pay** | **$2,068.53** | |
| | Checking | -2 ,068.53 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,824.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 33.33 | 526.80 |

**Important Notes**

(212) 708-7173

BASIS OF PAY: SALARY

© 2000 ADP Inc



TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

**Advice number:** **00000350032**
Pay date: 08/30/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **RUSSELL E KAUFFMAN** | xxxxxx6666 | xxxx xxxx | $2,068.53 |




**NON-NEGOTIABLE**

72A 028799 014014 UST1 T1 0000370033 1

# Earnings Statement

ADP



TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

Period Beginning: 09/01/2024
Period Ending: 09/15/2024
Pay Date: 09/13/2024

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax

**RUSSELL E KAUFFMAN**
**12120 SWEET BRIAR RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4265.41 | 86.67 | 4,265.41 | 71,805.17 |
| Aip | | | | 5,579.59 |
| Firebg | | | | 472.72 |
| Rec Award | | | | 841.40 |
| **Gross Pay** | | | **$4,265.41** | 78,698.88 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -550.83 | 10,659.41 |
| | Social Security Tax | -252.98 | 4,683.76 |
| | Medicare Tax | -59.17 | 1,095.40 |
| | PA State Income Tax | -124.24 | 2,301.99 |
| | Philadelphia Income Tax | -161.20 | 3,017.15 |
| | PA SUI Tax | -2.99 | 55.09 |
| Other | | | |
| | Dental Pre-tax | -11.50* | 195.50 |
| | HSA Pre-tax | -41.67* | 708.39 |
| | MEDICAL | -158.50* | 2,694.50 |
| | Spousal Life | -4.09 | |
| | Support | -566.99 | 9,638.83 |
| | VISION PRE-TAX | -6.83* | 116.11 |
| | 401K Pre-tax | -255.92* | 4,643.06 |
| | **Net Pay** | **$2,068.50** | |
| | Checking | -2,068.50 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,824.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 33.33 | 560.13 |

**Important Notes**

(212) 708-7173

BASIS OF PAY: SALARY

© 2000 ADP Inc



TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

**Advice number:** **00000370033**
Pay date: 09/13/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| RUSSELL E KAUFFMAN | xxxxxx6666 | xxxx xxxx | $2,068.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

72A 028799 014014 UST1 T1 0000390032 1

# Earnings Statement

ADP



*TASTEPOINT INC*
*600 STATE HIGHWAY 36*
*HAZLET NJ 07730*

Period Beginning: 09/16/2024
Period Ending: 09/30/2024
Pay Date: 09/30/2024

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1,$10 Additional Tax

**RUSSELL E KAUFFMAN**
**12120 SWEET BRIAR RD**
**PHILADELPHIA PA 19154**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4265.41 | 86.67 | 4,265.41 | 76,070.58 |
| Aip | | | | 5,579.59 |
| Firebg | | | | 472.72 |
| Rec Award | | | | 841.40 |
| **Gross Pay** | | | **$4,265.41** | 82,964.29 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -550.83 | 11,210.24 |
| | Social Security Tax | -252.97 | 4,936.73 |
| | Medicare Tax | -59.16 | 1,154.56 |
| | PA State Income Tax | -124.24 | 2,426.23 |
| | Philadelphia Income Tax | -161.20 | 3,178.35 |
| | PA SUI Tax | -2.99 | 58.08 |
| | **Other** | | |
| | Dental Pre-tax | -11.50* | 207.00 |
| | HSA Pre-tax | -41.67* | 750.06 |
| | MEDICAL | -158.50* | 2,853.00 |
| | Spousal Life | -4.09 | |
| | Support | -566.99 | 10,205.82 |
| | VISION PRE-TAX | -6.83* | 122.94 |
| | 401K Pre-tax | -255.92* | 4,898.98 |
| | **Net Pay** | **$2,068.52** | |
| | Checking | -2,068.52 | |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,824.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 33.33 | 593.46 |

## Important Notes

(212) 708-7173

BASIS OF PAY: SALARY





TASTEPOINT INC
600 STATE HIGHWAY 36
HAZLET NJ 07730

**Advice number:** **00000390032**
Pay date: 09/30/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **RUSSELL E KAUFFMAN** | xxxxxx6666 | xxxx xxxx | $2,068.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**