# EXHIBIT C

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that "New Century Mortgage Corporation" hereinafter "Assignor" the holder of the Mortgage hereinafter mentioned, for and in consideration of the sum of ONE DOLLAR ($1.00) lawful money unto it in hand paid by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2005-2, "Assignee," the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto the said Assignee, its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by Russell E. Kauffmann and Donna L. Kauffmann to New Century Mortgage Corporation, bearing the date 3/15/05, in the amount of $142,650.00, together with the Note and indebtedness therein mentioned, said Mortgage being recorded on 3/22/05 in the County of Philadelphia, Commonwealth of Pennsylvania, in Doc ID 51139800.

Being Known as Premises: 12120 Sweet Briar Road, Philadelphia, PA 19154
Parcel No

Also the Bond or Obligation in the said Indenture of Mortgage recited, and all Moneys, Principal and Interest, due and to grow due thereon, with the Warrant of Attorney to the said Obligation annexed. Together with all Rights, Remedies and incidents thereunto belonging. And all its Right, Title, Interest, Property, Claim and Demand, in and to the same:

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises hereby granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit and behoof forever; subject, nevertheless, to the equity of redemption of said Mortgagor in the said Indenture of Mortgage named, and his/her/their heirs and assigns therein.

IN WITNESS WHEREOF, the said "Assignor" has caused its Corporate Seal to be herein affixed and these presents to be duly executed by its proper officers this $\underline{28^{th}}$ day of $\underline{Feb}$ _____ , 20$\underline{18}$ .

New Century Mortgage Corporation

By: _____
TOM CROATO
VICE PRESIDENT OF REO

Sealed and Delivered
in the presence of us:

Attest:
Cannon Croate

State of **CALIFORNIA**
County of **ORANGE**

On this $\underline{28}$ day of $\underline{Feb}$ _____ , 20$\underline{\textbf{01}}$ , before me, the subscriber, personally appeared
Cam Croato _____ , who acknowledged him/herself to be the Vice President of New Century Mortgage Corporation, and that he/she, as such Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Stamp/Seal:

ANA M. MUNOZ
Commission # 1770612
Notary Public - California
Orange County
My Comm. Expires Sep 28, 2011

Notary Public

51869473
Page: 1 of 2
03/12/2008 82:01PM

The prec se address of the
within named Assignee is:
1610 St Andrews Street
Santa Ana, CA 92705
By: _____
(For Assignee)

After recording return to:
PHELAN HALLINAN & SCHMIEG, L.L.P
One Penn Center
1617 J.F.K. Blvd., Ste.1400
Philadelphia, PA 19103-1814

2/20/08
Doc Execution

This Document Recorded
03/12/2008
02:01PM
Doc Code: A          Commissioner of Records, City of Philadelphia

Doc Id: 51869473
Receipt #
Rec Fee   124.50



ALL THAT CERTAIN parcel of land and premises, situate in the Sixty-sixth Ward of the City and County of Philadelphia and State of Pennsylvania:

BEGINNING at a point in the Westerly curve of Sweet Briar Road, distance 455.84 feet Northwestwardly and Northwardly measuring along the tangent and curve Southwesterly and Westerly lines of Birch Road and Sweet Briar Road from the Northwesterly end of the curve connecting the Southwesterly line of Birch Road with the Northwesterly line of Barbara Road said connecting curve having a radius of 15 feet said beginning point also being in the extended middle line of party wall between premises herein described and premises adjoining on the Southwest; thence Northwardly along the curve Westerly line of Sweet Briar Road, curving to the right with a radius of 256 feet an arc distance of 18.18 feet to a point in the extended middle line of party wall between the premises herein described and premises adjoining on the Northeast, thence North 75 degrees, 08 minutes, 22 seconds West through the middle line of the last mentioned party wall and the extensions

BEING Lot Number 80, as shown on Rambler Park Plan of Lots for the Greenmount Building Co., by William Spencer Erwin, C.E., dated January 12, 1959, revised January 16, 1959.

Also being House Number 12120 Sweet Briar Road. BRT ███████

Being the same premises which Joseph Gazak and Florence Gazak, husband and wife by Deed dated 8/28/12003 and recorded 9/11/2003 in Philadelphia County as Document No. 50755711 conveyed unto Marianne Sallustio, in fee.