# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Russell Kauffman<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2<br>　　　　　　　　　　Movant<br>　vs.<br>Russell Kauffman<br>　　　　　　　　　　Respondent<br>Kenneth E. West<br>　　　　　　　　　　Additional Respondent | NO. 24-13538 AMC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF NO OBJECTION

I, Denise Carlon, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor(s) or the Trustee to the Motion for Relief from Automatic Stay filed on February 10, 2025 (Doc No. 18). The deadline for filing an objection or other response was February 24, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon
　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com