# In the United States Bankruptcy Court
# for the Eastern District of Pennsylvania

In re:

    Russell Kauffman,

        Debtor.

Case No. 24-13538-DJB

Chapter 13

**Certificate of No Response to Application for Compensation
and Certificate of No Administrative Expense Applications**

I certify that Cibik Law, P.C. has received no answer, objection, or other responsive pleading to the application for compensation filed on April 21, 2025, as ECF No. 34.

I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the application appears thereon. Pursuant to the notice filed with the application, responses to the application were to be filed and served on or before May 5, 2025.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon. Pursuant to the Court's order of April 18, 2025, ECF No. 32, all applications for administrative expenses were to be filed and served on or before May 8, 2025.

Date: May 9, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com